AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Nicholas McIntyre Telephone: (313) 226-9100
Task Force Officer: Matthew Baker Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Marquan West

Case No. 26-30540

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 30, 2026 - September 1, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Matthew Baker, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 4, 2026

[signature: Elizabeth A. Stafford]
*Judge's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Task Force Officer Matthew Baker, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I have been a Task Force Officer with the Federal Bureau of Investigation (FBI) since September 2025, and a Police Officer in the City of Dearborn since August of 2015. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for MARQUAN WEST (DOB XX/XX/2005)

4. This affidavit does not include all the information known to law enforcement related to this investigation. This affidavit is intended to merely show there is sufficient probable cause for the requested warrant.

5. The FBI is currently conducting a criminal investigation concerning MARQUAN WEST (WEST) for a violation of 18 U.S.C. § 922 (g)(1), felon in possession of a firearm.

## II. PROBABLE CAUSE

6. On August 30, 2026, Dearborn Police Department's Auto Theft Team, Southeast Michigan Auto Crime Consortium (SMACC), began investigating a larceny from auto (LFA) crew that were stealing vehicles. SMACC Officers investigated a stolen vehicle from 21XXX Newman Dr, Brownstown Twp, MI, belonging to Mr. A.B hereinafter referred to as Adult Victim-1 (AV-1).

7. During the investigation, investigators reviewed surveillance footage that was attached to 21XXX Newman Dr. The footage showed two black male subjects, wearing masks, approach AV-1's gray Ford F150 and make entry through an unlocked passenger door. AV-1 advised that shortly after one of the subjects rummaged through his Ford F150, the subjects stole it due to the keys accidentally being left inside. AV-1 said the two subjects arrived in was a white Jeep Compass, and that it was captured on his surveillance camera. AV-1 stated that inside his Ford F150 there were two guns, one Glock 43, black in color, 9mm, serial number: BFXE726, fully loaded and one Smith & Wesson shield, black in color, .40 caliber, serial number: LER5773, fully loaded. SMACC Officers were able to utilize law enforcement databases and license plate readers to determine that the suspect's white Jeep Compass had a stolen Michigan plate: EWW3857 affixed to the rear of the

vehicle. A law enforcement information network (LEIN) check on the license plate revealed that it was stolen from a 2014 Jeep Cherokee, in Detroit on August 28, 2026.

8. On September 1, 2026, SMACC TFO Barbour located the white Jeep Compass at a Target store located in Taylor, Michigan. Officers conducted surveillance on the white Jeep Cherokee. SMACC Officers saw two people in the vehicle, later identified as Casimir Nickerson and Aaron Akram. Both were arrested. At the time of the arrest, Akram had AV-1's stolen Glock on his person.

9. Through the investigation, TFO Barbour was able to determine AV-1's vehicle was located at the Sherwood Heights Apartments in Detroit. Officers responded to the Sherwood Heights Apartments and located AV-1's vehicle inside the Sherwood Heights Apartment Complex near 19XXX Cranbrook Dr. Officers conducted surveillance on AV-1's vehicle and observed WEST exit one of the apartment complex doors and enter the driver's seat of AV-1's vehicle. WEST then exited the driver's seat of AV-1's vehicle and returned inside the apartment complex. Surveillance was continued and another male, later identified as Peiairis Bell, entered AV-1's vehicle and traveled to a nearby Little Caesars. Officers arrested Bell for receiving and concealing a stolen motor vehicle.

10. On September 1, 2026, surveillance was maintained at 19XXX Cranbrook Dr., and WEST was observed leaving the apartment complex in a gray Chevrolet Malibu. A traffic stop was organized with Detroit Officers Thornton and

Barlett. While Officer Thornton was approaching the Malibu from the passenger side, Officer Thornton observed the rear left seat passenger, identified as WEST, reach over to the passenger side floorboard. Officer Thornton immediately initiated contact with WEST, who then had his hands up. WEST was detained by back up Officers. Officer Thornton advised in his police report that once he approached the rear right passenger side of the vehicle, he observed a black pistol behind the front passenger seat where he observed WEST reaching earlier. Officer Thornton recovered the handgun from the rear passenger side floorboard and determined that the unloaded, with no rounds in the magazine. The handgun was a black Smith and Wesson Shield, .40 caliber handgun, bearing serial number LER5773—the same firearm that was stolen from AV-1's vehicle as noted above. Officer Thornton transferred custody of the handgun and WEST to TFO Barbour.

11. During the investigation, AV-1 forwarded affiant a video of the two suspects that were in his driveway when his truck was stolen on August 30, 2026. In the video, one of the suspects wore distinct red and black Jordan shoes and was trying to open the door of another vehicle in his driveway as shown in Photograph 1. WEST was later arrested as described below. During his arrest, WEST was wearing the same distinct red and black Jordan shoes as shown in Photograph 2 (see below).

*Photograph 1:*



*Photograph 2:*



12. On September 2, 2026, I contacted an ATF Special Agent, who is an Interstate Nexus Expert, and provided information about the Smith and Wesson Shield, black in color, .40 caliber, serial number: LER5773. The ATF Special Agent concluded that the firearm is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921 (a)(3) and was manufactured outside the State of Michigan, and therefore previously traveled in or affected interstate or foreign commerce.

13. I reviewed records related to WEST's criminal history and learned the following:

a. On February 6, 2026, WEST pleaded guilty in Wayne County Circuit Court to one felony count of stolen property, receiving and concealing – motor vehicle, and

was sentenced to one-year confinement or $2,907 fine with thirty months of probation.

b. On or about October 10, 2025, WEST was charged with one count of stolen property, receiving and concealing – motor vehicle. On October 31, 2025, WEST'S charge of stolen property (receiving and concealing – motor vehicle) was bound over to Wayne County's 3rd circuit criminal division.

c. On August 2, 2026, WEST was charged with felony burglary in Oak Park. WEST is currently out on bond and is charged with home invasion 2nd degree by the Oakland County Prosecuting Attorney's Office, with a court date of September 3, 2026.

d. WEST had a home invasion 2nd degree conviction from April 16, 2024, from Oak Park, that was dismissed pursuant to HYTA

14. I am aware that stolen property, receiving and concealing – motor vehicle is a crime punishable by up to five years of incarceration. MCL 750.535(7). WEST has therefore been previously convicted of a crime punishable by more than one year of incarceration.

15. Based on my training and experience, when defendants plead guilty to a felony offense, they are advised of the maximum penalty. I therefore believe that WEST knows he has previously convicted of a crime punishable by more than one year of incarceration.

## III. CONCLUSION

16. Based upon the aforementioned facts stated herein, there is probable cause to believe that from on or about August 30, 2026, to on or about September 1, 2026, Marquan WEST, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Smith & Wesson shield, .40 caliber handgun, said firearm having traveled in or affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1)

Respectfully submitted,

Matthew Baker, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable. Elizabeth A. Stafford
United States Magistrate Judge

Dated: September 4, 2026